**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 177 WAL 2023

       Respondent    :

       :   Petition for Allowance of Appeal

       :   from the Order of the Superior Court

       v.    :

       :

KAIJIN XAVIER SCOTT,    :

       Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of November, 2023, the Petition for Allowance of Appeal is **DENIED**.